UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: ______________________

CRAIG ROBINSON, JASON MURCIA,
and MARK LATHAM,

Plaintiff,

v.

AAA INDUSTRIAL SUPPLY, INC.
d/b/a AAA FIRE PROTECTION SYSTEMS,
a Florida Corporation, and SANDRA
McCALLUM, individually,

Defendants.
__________________________________________/

# **COMPLAINT**

COMES NOW Plaintiffs, CRAIG ROBINSON, JASON MURCIA, and MARK LATHAM, by and through their undersigned counsel, and sues the Defendants, AAA INDUSTRIAL SUPPLY, INC. d/b/a AAA FIRE PROTECTION SYSTEMS (hereinafter, referred to as "Company"), and SANDRA McCALLUM, individually, (hereinafter, referred to as "McCallum"), and allege as follows:

1. That Plaintiffs, former employees of the Defendants, bring this action to recover compensation and other relief under the Fair Labor Standards Act, as amended (the "FLSA"), 29 U.S.C. § 201 et seq. The gravamen of this case is that the Plaintiffs were non-exempt employees hired by the Defendants, but the Defendants willfully refused to compensate the Plaintiffs for all work performed in direct contravention of the law.

2. That jurisdiction is conferred on this Court by 29 U.S.C. § 216(b).

3. That the unlawful employment practices alleged below occurred and/or were committed within this judicial district.

4. That at all times material hereto, Plaintiffs were and are presently residents of this judicial district, *sui juris* and otherwise within the jurisdiction of this Court.

5. That at all times material hereto, Defendants were the employers of the Plaintiffs, were conducting business in this judicial district and were ‘employers’ under the FLSA.

6. That at all times material hereto, Defendant, MCCALLUM, individually, acted directly in the interests of his employer, the Defendant, Company, in relation to the Plaintiffs, and this individual Defendant exercised the requisite legal control and otherwise administered the illegal acts as described herein on behalf of the Defendant, Company, and is otherwise an ‘employer’ under the FLSA.

7. That at all times material hereto, Defendant, Company, was and continues to be an ‘enterprise engaged in commerce’ within the meaning of the FLSA.

8. That at all times material hereto, Plaintiffs were ‘engaged in commerce’ within the meaning of the FLSA.

9. That the Plaintiffs, CRAIG ROBINSON, JASON MURCIA, and MARK LATHAM, were hired as non-exempt employees by the Defendants.

10. During their employment, the Plaintiffs were not paid overtime for all hours worked beyond 40 hours in a week. This failure to pay overtime was intentional and willful as the Defendants were well aware that the Plaintiffs worked overtime and were not properly paid.

11. The Defendants also failed to pay the Plaintiffs owed commissions during their employment, for which the Plaintiffs repeatedly complained to the Defendants about.

12. The Defendants would loan the Plaintiffs compensation to attempt to offset the amounts owed, but these loans were not the actual amounts of commissions owed.

13. That all records concerning the number of hours actually worked by Plaintiffs are in the exclusive possession and sole custody and control of the Defendants, and therefore, Plaintiffs are unable to state at this time the exact amount due.

14. That Plaintiffs, however, will exert their collective diligent efforts to obtain such information by appropriate discovery proceedings, to be taken promptly in this case, and if required, an amendment to this Complaint will be submitted to set forth an amount due by the Plaintiffs.

**COUNT I**
**FLSA – COMPANY**

Plaintiffs incorporate by reference the allegations contained in paragraphs 1 through 14 of this Complaint.

13. That Plaintiffs are entitled to overtime wage for hours worked pursuant to the FLSA.

14. That by reason of the intentional, willful and unlawful acts of the Company in violation of the FLSA, Plaintiffs have suffered damages.

**WHEREFORE**, Plaintiffs, CRAIG ROBINSON, JASON MURCIA, and MARK LATHAM, demand judgment against the Company, for all damages and relief under the FLSA, including liquidated damages, attorneys' fees, costs and expenses, in addition to all other relief this Court deems just and proper.

**COUNT II**
**FLSA – MCCALLUM**

Plaintiffs incorporate by reference the allegations contained in paragraphs 1 through 14 of this Complaint.

15. That Plaintiffs are entitled to overtime wage for hours worked pursuant to the FLSA.

16. That by reason of the intentional, willful and unlawful acts of MCCALLUM in violation of the FLSA, Plaintiffs have suffered damages.

**WHEREFORE**, Plaintiffs, CRAIG ROBINSON, JASON MURCIA, and MARK LATHAM, demand judgment against McCallum, for all damages and relief under the FLSA, including liquidated damages, attorneys' fees, costs and expenses, in addition to all other relief this Court deems just and proper.

**COUNT III**
**UNPAID WAGES - COMPANY**

Plaintiffs incorporate by reference the allegations contained in paragraphs 1 through 14 of this Complaint.

17. That the Company as alleged herein and above, has wrongfully withheld unpaid wages owed to the Plaintiffs in the form of commissions.

18. That as a result of the Company's wrongful withholding of Plaintiffs' wages, the Plaintiffs have been damaged.

**WHEREFORE**, Plaintiffs, CRAIG ROBINSON, JASON MURCIA, and MARK LATHAM, demand judgment against the Company, awarding Plaintiffs their unpaid commissions, costs, reasonable attorney fees pursuant to Florida Statutes 448.08, as well as any other relief as this Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiffs demand trial by jury.

Dated: February 19, 2016.

Respectfully submitted,

Law Offices of Levy & Levy, P.A.
915 Middle River Drive, Suite 518
Ft. Lauderdale, Florida 33304
Telephone: (954) 763-5722
Facsimile: (954) 763-5723
Email: chad@levylevylaw.com
Service Email: assistant@levylevylaw.com
*Counsel for Plaintiff*

*s/Chad Levy*
CHAD E. LEVY, ESQ.
F.B.N.: 0851701