UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-60334-BLOOM/VALLE

CRAIG ROBINSON, et al.,

    Plaintiffs,

v.

AAA INDUSTRIAL SUPPLY, INC., et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On June 24, 2016, Plaintiffs filed a Second Amended Complaint, ECF No. [29] (the "SAC"). The SAC alleges one claim for unpaid wages pursuant to Fla. Stat. 448.08. In a footnote, Plaintiffs assert that, based upon this amendment, this Court no longer has subject-matter jurisdiction over this matter and asks that this matter be remanded to state court. Accordingly, because this Court determines that it lacks jurisdiction pursuant to 28 U.S.C. § 1331 and § 1332, it is **ORDERED AND ADJUDGED** that this matter is **DISMISSED**. The Clerk is instructed to **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 27th day of June, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record